IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
MAR 15 PM 1: 19
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JAMES FREDERICK SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CV 104-170 |
| RUSSELL CANTERBURY and MATT BAXLEY, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motion for summary judgment is **GRANTED**. This civil action is **CLOSED** and judgment is **ENTERED** in favor of defendants.

SO ORDERED this 15th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE